UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **HARRY CARRABY** | **CIVIL ACTION** |
| **VERSUS** | **NO. 16-2068** |
| **STATE OF LOUISIANA** | **SECTION "N"** |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Objections filed by Mr. Carraby (Rec. Doc. 15), hereby approves the Report and Recommendation of the United States Magistrate Judge (Rec. Doc. 12) and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the petition of Harry J. Carraby for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 18th day of May 2018.

_____
UNITED STATES JUDGE